1  HENRY A. PLATT (SBN 142304)
2  E-mail: hplatt@saul.com
   SAUL EWING LLP
3  2600 Virginia Ave., N.W., Suite 1000
   Washington, D.C. 20037-1922
4  Tel.: (202) 333-8800
   Fax: (202) 295-6776
5
6  Attorneys for Plaintiff
   INFORMATION APPLIANCE ASSOCIATES

FILED
2008 AUG 29 AM 8:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

INFORMATION APPLIANCE ASSOCIATES,
a California Corporation,

　　　　　Plaintiff,

　　　　　-v-

STEVEN SCHWEIGER, an individual,

　　　　　Defendant.

Case No. '08 CV 1585 JM LSP

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 40.2 of the Local Rules for the United States District Court for the Southern District of California, Plaintiff Information Appliance Associates states that it has no parent company and no publicly held company owns 10% or more of its stock.

Dated: August 27, 2008

SAUL EWING LLP

_/s/ Henry A. Platt_____
Henry A. Platt
Attorney for Plaintiff
Information Appliance Associates

-1-
NOTICE OF PARTY WITH FINANCIAL INTEREST